IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AFFELDT VERPACKUNGSMASCHINEN GMBH, : : : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | 1:05-CV-1328-JOF |
| : | |
| AFFELDT PACKAGING MACHINERY, LLC, : : | |
| Defendant. : | |

## **ORDER**

The Court's Order of October 14, 2005 is hereby MODIFIED to reflect the correct date of August 25, 2004 instead of October 25, 2004. The first paragraph on page three should read as follows:

> Affeldt LLC contends for the calendar year construction based on the language in the provision allowing cancellation "in the third year." The Court understands that phrase is consistent with the construction urged by Affeldt GmbH, but it recognizes that there is some usage which would allow for a construction that it was referring to calendar years. It seems to the Court, however, that even if the calendar year construction was preferred, it would make no difference in the outcome here, for the year 2004 would be the third calendar year of the contract. Notice was given on **August 25, 2004**, to become effective on March 2, 2005. Under either interpretation Affeldt LLC received six months' notice, and the cancellation was after the end of the third calendar year.

In all other respects the Order of October 14, 2005, shall remain the same.

**IT IS SO ORDERED** this 26th day of October 2005.

                                                     s/ J. Owen Forrester
                                                    J. OWEN FORRESTER
                                       SENIOR UNITED STATES DISTRICT JUDGE